**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Elizabeth Spencer, | Case No. 2:26-cv-01270-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| Smith's Food & Drug Centers, Inc., | |
| Defendant(s). | |

On April 24, 2026, attorney Lance Kirk was directed to comply with Local Rules IA 11-1(a) and (b).  Docket No. 3.  He has not done so.  The Court **ORDERS** attorney Lance Kirk to comply with Local Rules IA 11-1(a) and (b) by June 23, 2026.  **Failure to comply with this order may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: June 9, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1