JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH SPENCER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., SMITH'S, M706 KROGER WEST/SMITH a business; and DOES 1 through 25,<br><br>Defendants | Case No. 2:26-cv-01270-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**WHEREAS** all Parties and their counsel have agreed upon a full and final settlement of this case:

**IT IS HEREBY STIPULATED AND AGREED**, by and between Pooja Kumar, Esq. of the law firm of COOPER LEVENSON, P.A. as counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., and Lance Kirk, Esq. of the law firm of CAR ACCIDENT LAWYER PROS, PC as counsel for Plaintiff ELIZABETH SPENCER, as follows:

1. That the claims herein of Plaintiff ELIZABETH SPENCER against Defendant SMITH'S FOOD & DRUG CENTERS, INC. and all similarly named Defendants (SMITH'S, M706 KROGER WEST/SMITH) in the above-captioned matter shall be dismissed with prejudice, each party to bear their own fees and costs; and

2. That there is no trial date set for this matter as this litigation is presently in the discovery

stage.

**IT IS SO STIPULATED.**

DATED this 19 day of August, 2026.

**CAR ACCIDENT LAWYER PROS, PC**

/s/ Lance Kirk

LANCE KIRK, ESQ.
Nevada Bar No. 14896
631 South 10th Street
Las Vegas, Nevada 89101
(949) 660-8753
Attorneys for Plaintiff
Elizabeth Spencer

DATED this 19th day of August, 2026.

**COOPER LEVENSON, P.A.**

/s/

JERRY S. BUSBY, ESQ.
Nevada Bar No. 01107
POOJA KUMAR, ESQ.
Nevada Bar No. 12988
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
Smith's Food & Drug Centers, Inc.

**ORDER**

Based on the parties' stipulation **[ECF No. 15]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

U.S. District Judge Jennifer A. Dorsey
Dated: August 25, 2026